No. 85. Gerhardine Harkbarth v. Albert Harkbarth. Appeal from circuit judge, fifth circuit. Submitted April 28, 1906. Decided May 1, 1906. This is an appeal from a decree of divorce on the ground of extreme cruelty, the libellee being required by the decree to pay the libellant $10 a month alimony, and also that the appeal from the decree should not stay the payment of the alimony pending its final adjudication; the libellee being further required by the decree to pay all costs, expenses and fees of the trial and also $25 as compensation allowed by the court for the libellant's counsel. The appeal was taken on the grounds: "1. That said court was without jurisdiction to grant said divorce. 2. That said decree was

contrary to the evidence. 3. That said decree is erroneous in decreeing 'that appeal from this decree shall not stay the payment of said alimony, pending final adjudication of said appeal,' and also the attorney fees 'taxed and considered as part of the costs of court herein'." *Per curiam.* The decree was sustained by the evidence and is affirmed by the court. *J. D. Willard* for libellant. Libellee in person.